

# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/12/2025 7:22:45 PM
CHRISTOPHER A. PRINE
Clerk

### Reporter's Record Status Report / Request for Extension of Time

Appellate Case Number: 15-24-00117-CV

Trial Court Case Number: D-1-GN-24-001103

**Please complete the Required section of this form and either the Status Report or Extension Request section.** If the Court grants a request for extension, it will not exceed 30 days in an ordinary or restricted appeal, or 10 days in an accelerated appeal. *See* Tex. R. App. P. 35.3(c).

**Status Report**

I am unable to file the reporter's record by the date such record is due because [check one]:

☐ No record was taken
☐ I am not the court reporter. The correct reporter is _____
☐ A request for the record has not been made.
☐ The appellant has not paid or made arrangements to pay for the record.
☐ The appellant has only made partial payment for the record.

**Extension Requested**

☐ The appellant is entitled to appeal without paying for the reporter's record, but due to workload, I have been unable to complete the record.

☐ Appellant has filed a written designation and made the required payment, but due to workload, I have been unable to complete the record.

☑ Other (specify) I do have a record to produce from a July 30, 2024 hearing in this case. I have been paid as of today and will immediately prepare the Reporter's Record.

The reporter's record in the above styled case is/was due _____ (current appellate record due date). It is respectfully requested that an extension be granted to _____.

**Required**

/s/ Michelle Williamson _____ Signature of Court Reporter*

Michelle Williamson _____ Printed Name

1700 Guadalupe St, 10th Floor _____ Address

Austin, TX 78701 _____ City, State, Zip

(512) 854-9373 _____ Phone Number

\* You may use /s/ and your name typed, or print and sign the form. Once complete, the form should be emailed as a PDF attachment to 3rdclerksandreporter@txcourts.gov.